**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **TRUSTEES OF THE SHEET METAL** | * | |
| **WORKERS LOCAL NO. 24 GREATER** | * | |
| **CINCINNATI AREA HEALTH AND** | * | |
| **INSURANCE FUND, et. al.,** | * | **CASE NO. 3:15-cv-306** |
| | * | |
| **PLAINTIFFS** | * | **Judge Walter H. Rice** |
| | * | |
| v. | * | |
| | * | **ORDER** |
| **GAINES MECHANICAL CONTRACTORS,** | * | **GRANTING DEFAULT** |
| **INC.** | * | **JUDGMENT** |
| | * | |
| **DEFENDANT.** | * | |

WHEREAS, Plaintiffs, Trustees of the Sheet Metal Workers Local No. 24 Greater Cincinnati Area Health and Insurant Fund, et. al. filed their Complaint on September 3, 2015;

WHEREAS, the Defendant failed to file a timely answer or otherwise plead;

WHEREAS, the Clerk of this Court issued an Entry of Default on January 7, 2016;

NOW THEREFORE, upon motion of the Plaintiffs and for good cause shown, a default judgment is hereby entered against the Defendant in accordance with the Motion for Default Judgment and exhibits thereto; and

**IT IS HEREBY ORDERED** that **JUDGMENT IS ENTERED** on behalf of the Plaintiffs and against the Defendant in the amount of $13,471.43, representing liquidated damages, interest, costs and attorney fees.

1

Additionally, **JUDGMENT IS ENTERED** on behalf of Plaintiffs for an award of ongoing interest in the amount of twelve percent (12%) per annum until the principal is paid in full and for reasonable attorney's fees incurred in connection with the collection of the unpaid amounts in an amount to be determined upon the completion of the collection of all unpaid contributions.

ENTERED:

By:

_____

UNITED STATES DISTRICT
JUDGE/~~MAGISTRATE JUDGE~~

Dated:

4.6.16
_____

Prepared by the Attorney for Plaintiffs:

Stephen P. Nevius (0092598)
Ledbetter Parisi LLC
9240 Market Place Drive
Miamisburg, Ohio 45342
937.619.0900 (ph)
937.619.0999 (fx)

2